COM.

v.

LAWRENCE, R.

1285 EDA 2015

Superior Court of Pennsylvania.

07/13/2017

CP–51–CR–0005731–2009 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

DAVIS, V.

1814 EDA 2016

Superior Court of Pennsylvania.

07/13/2017

CP–51–CR–0636011–1990 (Philadelphia)

Affirmed

COM.

v.

JOHNSON, M.

2432 EDA 2016

Superior Court of Pennsylvania.

07/13/2017

CP–51–CR–0014428–2014 (Philadelphia)

Affirmed

COM.

v.

EARLS, A.

3408 EDA 2016

Superior Court of Pennsylvania.

07/13/2017

Reargument Denied 9/6/2017

CP–23–CR–0004736–2009 (Delaware)

Affirmed